Kelly H. Dove, Esq. (NV Bar No. 10569)
Holly E. Cheong, Esq. (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       hcheong@swlaw.com

*Attorneys for Plaintiffs Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiffs,<br><br>vs.<br><br>SPICE CAP MANAGEMENT INC., a Nevada corporation; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California limited-liability company; POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>Defendants.<br><br>POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>Counterclaimant,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Counter Defendants. | Case No.: 2:17-cv-01665-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

/ / /

- 1 -

4830-1311-0691.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Plaintiffs/Counter Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A. (collectively, "Plaintiffs"), Defendant/Counterclaimant POS Investments, LLC, and Defendant Grand Canyon Village Homeowners Association (collectively the "Parties"), by and through their respective counsel, hereby stipulate and request an order extending the deadline to file responses to Plaintiffs' Motion for Summary Judgment and replies in support of the same. The current deadline for responses is Thursday, September 19, 2019. (ECF No. 45.)

The Parties request that the deadlines be extended to Monday, September 30, 2019 for responses and Wednesday, October 30, 2019, for replies. The Parties request this extension in good faith for the benefit of the parties and counsel to provide adequate time for briefing.

DATED this 30th day of August, 2019.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
  Kelly H. Dove, Esq.
  (Nevada Bar No. 10569)
  Holly E. Cheong, Esq.
  (Nevada Bar No. 11936)
  SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway
  Suite 1100
  Las Vegas, Nevada 89169
  Telephone: (702) 784-5200
  *Attorneys for Plaintiffs/Counter Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A.*

[Signatures continued on next page]

DATED this 30th day of August, 2019.

HONG & HONG

By: */s/ Joseph Y. Hong*
  Joseph Y. Hong, Esq.
  (Nevada Bar No. 5995)
  1980 Festival Plaza Drive, Suite 650
  Las Vegas, Nevada 89135
  Telephone: (702) 870-1777
  *Attorney for Defendant/Counterclaimant POS Investments, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 30, 2019.

4830-1311-0691.1

DATED this 30th day of August, 2019.

TYSON & MENDES

By: */s/ Margaret E. Schmidt*
    Margaret E. Schmidt, Esq.
    (Nevada Bar No. 12489)
    3960 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169
    Telephone: (702) 724-2648
    *Attorneys for Defendant Grand Canyon*
    *Village Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

4830-1311-0691.1