Kelly H. Dove, Esq. (NV Bar No. 10569)
Holly E. Cheong, Esq. (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       hcheong@swlaw.com

*Attorneys for Plaintiffs Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiffs,<br><br>vs.<br><br>SPICE CAP MANAGEMENT INC., a Nevada corporation; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California limited-liability company; POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>Defendants.<br><br>POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>Counterclaimant,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Counter Defendants. | Case No.: 2:17-cv-01665-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

/ / /

- 1 -

4835-2881-1176.1

Plaintiffs/Counter Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A. (collectively, "Plaintiffs"), Defendant/Counterclaimant POS Investments, LLC, and Defendant Grand Canyon Village Homeowners Association (collectively the "Parties"), by and through their respective counsel, hereby stipulate and request an order extending the deadline to file responses to Plaintiffs' Motion for Summary Judgment and replies in support of the same. The current deadline for responses is Monday, September 30, 2019. (ECF No. 47.) This the Parties second request for an extension.

The Parties request that the deadlines be extended to Friday, November 1, 2019 for responses and Friday, December 6, 2019, for replies. The Parties request this extension in good faith for the benefit of the Parties, as the Parties are discussing settlement, and counsel to provide adequate time for briefing should this litigation not settle.

| | |
|---|---|
| DATED this 27th day of September, 2019. | DATED this 27th day of September, 2019. |
| SNELL & WILMER L.L.P. | HONG & HONG |
| By: */s/ Holly E. Cheong* <br> Kelly H. Dove, Esq. <br> (Nevada Bar No. 10569) <br> Holly E. Cheong, Esq. <br> (Nevada Bar No. 11936) <br> SNELL & WILMER L.L.P. <br> 3883 Howard Hughes Parkway <br> Suite 1100 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 784-5200 <br> *Attorneys for Plaintiffs/Counter Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A.* | By: */s/ Joseph Y. Hong* <br> Joseph Y. Hong, Esq. <br> (Nevada Bar No. 5995) <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br> Telephone: (702) 870-1777 <br> *Attorney for Defendant/Counterclaimant POS Investments, LLC* |

*[Signatures continued on next page]*

4835-2881-1176.1

DATED this 27th day of September, 2019.

TYSON & MENDES

By: */s/ Margaret E. Schmidt*
    Margaret E. Schmidt, Esq.
    (Nevada Bar No. 12489)
    3960 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169
    Telephone: (702) 724-2648
    *Attorneys for Defendant Grand Canyon*
    *Village Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/27/2019

- 3 -

4835-2881-1176.1