Kelly H. Dove, Esq. (NV Bar No. 10569)
Holly E. Cheong, Esq. (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Plaintiffs Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiffs,<br><br>vs.<br><br>SPICE CAP MANAGEMENT INC., a Nevada corporation; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California limited-liability company; POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>Defendants.<br><br>POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>Counterclaimant,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Counter Defendants. | Case No.: 2:17-cv-01665-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

///

- 1 -

4825-2877-3808.1

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counter Defendant Federal Home Loan Mortgage Corporation, Plaintiff/Counterdefendant Wells Fargo Bank, N.A., and Defendant/Counterclaimant POS Investments, LLC (collectively, the "Parties"), by and through their respective counsel, all claims in this action between the Parties will be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

DATED this 17th day of January, 2020.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
Kelly H. Dove, Esq.
(Nevada Bar No. 10569)
Holly E. Cheong, Esq.
(Nevada Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiffs/Counter Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A.*

DATED this 17th day of January, 2020.

HONG & HONG

By: */s/ Joseph Y. Hong*
Joseph Y. Hong, Esq.
(Nevada Bar No. 5995)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
*Attorney for Defendant/Counterclaimant POS Investments, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2020.

4825-2877-3808.1