Kelly H. Dove, Esq. (NV Bar No. 10569)
Holly E. Cheong, Esq. (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
      hcheong@swlaw.com

*Attorneys for Plaintiffs Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>    Plaintiffs,<br><br>vs.<br><br>SPICE CAP MANAGEMENT INC., a Nevada corporation; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California limited-liability company; POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>    Defendants.<br><br>POS INVESTMENTS LLC, a domestic limited-liability company;<br><br>    Counterclaimant,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>    Counter Defendants. | Case No.: 2:17-cv-01665-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE** |

///

- 1 -

Plaintiffs Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A. ("Plaintiffs") and Defendant Grand Canyon Village Homeowners Association (the "HOA"), by and through counsel, hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 125-07-715-340, commonly known as 8250 North Grand Canyon Drive, #2168, Las Vegas, Nevada 89166 (the "Property");

WHEREAS, Plaintiffs filed their First Amended Complaint on January 12, 2018, alleging several causes of action against the HOA; and

WHEREAS, the HOA disclaims any interest in the Property other than its ongoing rights to enforce the governing documents including the Declaration of Covenants, Conditions and Restrictions and Reservations of Easements ("CC&Rs").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' claims are dismissed without prejudice as to the HOA only, with each party to bear their own fees/costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 23, 2020.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED January 22, 2020. | DATED January 22, 2020. |
| SNELL & WILMER L.L.P. | TYSON & MENDES |
| By: */s/ Holly E. Cheong* <br> Kelly H. Dove, Esq. <br> (Nevada Bar No. 10569) <br> Holly E. Cheong, Esq. <br> (Nevada Bar No. 11936) <br> SNELL & WILMER L.L.P. <br> 3883 Howard Hughes Parkway <br> Suite 1100 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 784-5200 <br> *Attorneys for Plaintiffs/Counter Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A.* | By: */s/ Margaret E. Schmidt* <br> Margaret E. Schmidt, Esq. <br> (Nevada Bar No. 12489) <br> 3960 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 724-2648 <br> *Attorneys for Defendant Grand Canyon Village Homeowners Association* |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

- 3 -

4845-6516-0109.1