# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, et al.,<br>          Plaintiffs,<br>     v.<br>Spice Cap Management Inc., et al.,<br><br>          Defendants. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:17-cv-01665-APG-VCF |

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of plaintiffs, Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A., and against defendant, Spice Cap Management, Inc., as follows:

It is hereby declared that defendant Spice Cap Management, Inc. has no right, title, or interest in the Property located at 8250 N. Grand Canyon Drive, Unit 2168, Las Vegas, Nevada 89166, APN 125-07-715-340.

1/30/2020                                                                            DEBRA K. KEMPI
Date                                                                                         Clerk

                                                                                             /s/ M. Reyes
                                                                                        Deputy Clerk