# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION and WELLS FARGO BANK, N.A., <br><br> Plaintiffs <br><br> v. <br><br> SPICE CAP MANAGEMENT, INC., et al., <br><br> Defendants | Case No.: 2:17-cv-01665-APG-VCF <br><br> **Order for Dismissal or Status** |

The plaintiffs' claims against the last remaining defendant, ATC Assessment Collection Group, LLC, remain pending but the plaintiffs have taken no action to prosecute these claims.

I THEREFORE ORDER the plaintiffs to either dismiss their claims against defendant ATC Assessment Collection Group, LLC or take appropriate action to prosecute those claims. If the plaintiffs do not act by March 6, 2020, I will dismiss the claims with prejudice for failure to prosecute.

DATED this 19th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE